COMMONWEALTH of Pennsylvania,
Respondent

v.

Joell HILTON, Petitioner

No. 408 EAL 2016

Supreme Court of Pennsylvania.

February 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of February, 2017, the Petition for Allowance of Appeal is DENIED.

### IN RE: K.E.S.

Petition of: A.O., Mother

In re: O.R.S.

Petition of: A.O., Mother

In re: K.S., a Minor

Petition of: A.O., Mother

In re: O.R.S., a Minor

Petition of: A.O. Mother

No. 38 WAL 2017
No. 39 WAL 2017
No. 40 WAL 2017
No. 41 WAL 2017

Supreme Court of Pennsylvania.

February 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of February, 2017, the Petition for Allowance of Appeal is DENIED.

Lora Jean WILLIAMS; Gregory J. Smith; CVP Management, Inc. d/b/a or t/a City View Pizza; John's Roast Pork, Inc. f/k/a John's Roast Pork; Metro Beverage of Philadelphia, Inc. d/b/a or t/a Metro Beverage; Day's Beverages, Inc. d/b/a or t/a Day's Beverages; American Beverage Association; Pennsylvania Beverage Association; Philadelphia Beverage Association; and Pennsylvania Food Merchants Association, Respondents

v.

CITY OF PHILADELPHIA and Frank Breslin, in his official capacity as Commissioner of the Philadelphia Department of Revenue, Petitioners

No. 2 EM 2017

Supreme Court of Pennsylvania.

February 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of February, 2017, the Application for Extraordinary Relief is DENIED.

